# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 12, 2012

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

145917 & (20)

ROBERT DAVIS,
  Petitioner-Appellant,

v
                                          SC: 145917
                                          COA: 312064

JOYCE PARKER,
  Respondent-Appellee.

_____/

On order of the Court, the motion for immediate consideration is GRANTED. The application for leave to appeal the September 14, 2012 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 12, 2012

_____
Clerk

h1009